# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

Kathy Decker,

      Plaintiff(s),

vs.                            Case Number: 15-cv-385-JHP-PJC

Delaware County Solid Waste Authority,

      Defendant(s).

## SETTLEMENT CONFERENCE REPORT

On 03/23/2016 a Settlement Conference was held in the captioned matter.

    **X**    The litigation was settled; within 30 days of the date hereof, the Plaintiff and Defendant shall file:

          --    a Stipulation of Dismissal
               OR
          --    Agreed Judgment and
               Motion to Enter Agreed Judgment

    ☐    The litigation was not settled.

    ☐    Settlement negotiations are pending. The parties are to phone the undersigned by _:___ p.m. on _____, 2016.

DATED: 03/24/2016.

                                                  _____
                                                  Frank H. McCarthy
                                                  U.S. Magistrate Judge