**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1.   KATHY DECKER,<br><br>            Plaintiff,<br><br>v.<br><br>1.   DELAWARE COUNTY SOLID<br>      WASTE AUTHORITY, a public<br>      trust,<br><br>            Defendant. | Case No. CIV-15-385-JHP-PJC |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the parties and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 4th DAY OF APRIL, 2016.**

s/ Leah M. Roper
Mark Hammons, OBA No. 3748
Amber L. Hurst OBA No. 21231
Leah M. Roper, OBA No. 32107
325 Dean A. McGee Ave.
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: leah@hammonslaw.com
*Counsel for Plaintiff*

s/Jordan L. Miller
*(Signed by filing party with permission)*
Jordan L. Miller, OBA No. 30892
COLLINS, ZORN & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73102
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
Email: jordan@czwglaw.com
Attorney for Defendant